UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YAVOR GORANOV, individually and d/b/a/ GORANOV & ASSOCIATES<br>*Plaintiff*,<br><br>v.<br><br>STEVEN POPORKIEWICZ, individually and d/b/a/ S A MANAGEMENT and S. A. TOP CONSTRUCTION, INC. and ANDREW MALEC, individually and SERGIO L. QUINTERO, individually and d/b/a/ AXIS INTERNATIONAL, INC. and d/b/a/ AXIS DESIGN GROUP, INC.<br>*Defendants*, | Case No. 06-cv-6261<br><br>Judge: RUBEN CASTILLO<br><br>Magistrate: JUDGE COLE<br><br>**FILED**<br>DEC 1 8 2006<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

## MOTION

NOW COMES the *Plaintiff*, **YAVOR GORANOV**, individually and d/b/a/ **GORANOV & ASSOCIATES** and are respectfully requesting Judge **RUBEN CASTILLO** to enter *__judgement by default__* on all counts against the *Defendants*,
**STEVEN POPORKIEWICZ**, individually and d/b/a/ **S A MANAGEMENT** and **S. A. TOP CONSTRUCTION, INC.** and **ANDREW MALEC**, individually, and **SERGIO L. QUINTERO**, individually, and d/b/a/ **AXIS INTERNATIONAL, INC.** and d/b/a/ **AXIS DESIGN GROUP, INC.** for the relief demanded in the Complaint on the grounds of Defendants' failure to answer the Complaint within the 20 days period after service.
All Defendants will be notified of this Motion by First Class Mail

Respectfully submitted,
By: _____
Yavor Goranov, "Pro Se"
Goranov & Associates
730 Euclid Avenue
Glen Ellyn, IL 60137
(630) 545-9486 telephone
(630) 545-9486 facsimile